# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 3:15-CV-72

| | |
|---|---|
| SAUNDRA P. SMITH, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**BEFORE THE COURT** is the parties' request to vacate a portion of its May 21, 2015 order involving *Mascio v. Colvin*, 780 F.3d 632 (4th Cir. 2015).

For the reasons stated in the Status Report, the Court **VACATES** the portion of the Order directing that the parties submit supplemental briefing by June 15, 2015. The parties shall proceed with briefing in accordance with the Scheduling Order already entered.

**SO ORDERED.**

Signed: June 4, 2015

Richard L. Voorhees
United States District Judge